**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSHUA ALFONSO,

                Plaintiff,

- v -

BEST BUY STORES, L.P. and RONALD SCOTT,

                Defendants.

Civil Action No.: 22-cv-3270

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Joshua Alfonso, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants Best Buy Stores, L.P. and Ronald Scott without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: April 21, 2022

Respectfully submitted,

/s/ Alex Rissmiller
Alex Rissmiller
5 Pennsylvania Plaza, 19th Floor
New York, NY 10001
T: (646) 664-1412
arissmiller@rissmiller.com

*Counsel for Plaintiff Joshua Alfonso*